The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> PAUL VON NAHME, <br> Defendant. | NO. CR21-192 RAJ <br><br> [~~PROPOSED~~] ORDER RESCINDING RELEASE ORDER |

The COURT, having considered the government's motion and the facts and circumstances therein, GRANTS that motion. It is HEREBY ORDERED that if the government files an appeal of the release order granted in this case no later than noon on December 1, 2021, the stay of that release order issued by Magistrate Judge Brian T. Tsuchida shall be extended until such time as this Court resolves the government's appeal.

IT IS HEREBY ORDERED this 30th day of November, 2021.

RICHARD A. JONES
United States District Judge

Presented by:
/s/ Laura Harmon
LAURA HARMON
Special Assistant United States Attorney

[~~PROPOSED~~] Order Rescinding Release Order - 1
United States. v. Von Nahme, CR21-192 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970