The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>PAUL VON NAHME,<br><br>      Defendant. | NO. CR21-192-RAJ<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture ("Motion") for the following property:

1. One Gateway Laptop, serial number 91100521026, seized from the Defendant on or about April 16, 2021 at 2412 275th Avenue SE, Maple Valley, Washington;

2. One Samsung Galaxy Phone with blue case, IMEI number 356628090740364, seized from the Defendant on or about April 16, 2021 at 2412 275th Avenue SE, Maple Valley, Washington;

FINAL ORDER OF FORFEITURE - 1
*United States v. Paul Von Nahme,* CR21-192-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. One Western Digital Hard Drive, serial number WXE806084380, seized from the Defendant on or about April 16, 2021 at 2412 275th Avenue SE, Maple Valley, Washington;

4. One HP All in One Computer, serial number 8CC6220TQY, seized from the Defendant on or about April 16, 2021 at 2412 275th Avenue SE, Maple Valley, Washington;

5. One Transcend external drive, seized from the Defendant on or about April 16, 2021 at 2412 275th Avenue SE, Maple Valley, Washington;

6. One Seagate Hard Drive Barracuda, serial number 9QG7AWRE, seized from the Defendant on or about April 16, 2021 at 2412 275th Avenue SE, Maple Valley, Washington; and

7. One Geek Squad Thumb Drive, seized from the Defendant on or about April 16, 2021 at 2412 275th Avenue SE, Maple Valley, Washington.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On March 4, 2022, the Court entered a Preliminary Order of Forfeiture finding the above-identified property forfeitable pursuant to 21 U.S.C. § 2253(a) and forfeiting the Defendant's interest in it. Dkt. No. 32;

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 43) and provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Krista K. Bush in Support of Motion for Final Order of Forfeiture, ¶ 2, Exhibit A); and,

- The time for filing third-party claims has expired, and none were filed.

FINAL ORDER OF FORFEITURE - 2
*United States v. Paul Von Nahme,* CR21-192-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Homeland Security Investigations, and/or its representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this 28th day of October, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

FINAL ORDER OF FORFEITURE - 3
*United States v. Paul Von Nahme,* CR21-192-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970